**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| KELVIN K. BLACKMAN,<br>#1032657 | ) ) ) | |
| Plaintiff, | ) ) | 2:10-cv-01055-KJD-PAL |
| vs. | ) ) | **ORDER** |
| CATHY HARDCASTLE, *et al.*, | ) ) | |
| Defendants. | ) ) / | |

Plaintiff has submitted a *pro se* civil rights complaint. Plaintiff has failed to submit an application to proceed *in forma pauperis* on the required form. *See* 28 U.S.C. § 1915(a)(1)-(2); Local Rules of Special Proceedings 1-1, 1-2. Plaintiff will be granted thirty (30) days in which to submit a completed and signed application to proceed *in forma pauperis* on the form provided by this Court. The application must be accompanied by all required financial documentation, as described in the instructions for use of the form.

Further, in the court's preliminary review, plaintiff's complaint does not appear to state any claims for which relief may be granted. If plaintiff should consider filing an amended complaint prior to this court's screening, he is advised that a complaint pursuant to 42 U.S.C. § 1983 should set forth a concise statement of facts that demonstrate a violation of plaintiff's civil rights.

**IT IS THEREFORE ORDERED** that the Clerk **SHALL SEND** plaintiff the approved form for an Application to Proceed *In Forma Pauperis* by a prisoner, as well as the document "Information and Instructions for Filing a Motion to Proceed *In Forma Pauperis*." Within **thirty (30)** days from the date of entry of this order, plaintiff **SHALL FILE** a completed and signed application to proceed *in forma pauperis* on the form provided by this Court. Plaintiff's failure to file an application to proceed *in forma*

*pauperis* in compliance with this order may result in the immediate dismissal of the lawsuit without prejudice.

**IT IS FURTHER ORDERED** that the Clerk **SHALL SEND** to plaintiff the approved forms for filing a civil rights lawsuit under 42 U.S.C. §1983.

**IT IS FURTHER ORDERED** that if plaintiff chooses to file an Amended Complaint, he shall clearly title the amended complaint as such by placing the words "FIRST AMENDED" immediately above "Civil Rights Complaint Pursuant to 42 U.S.C. § 1983" on page 1 in the caption, and plaintiff shall place the case number, **2:10-CV-01055-KJD-PAL**, above the words "FIRST AMENDED" in the space for "Case No."

**IT IS FURTHER ORDERED** that if plaintiff chooses to file an Amended Complaint, he shall file it within **thirty (30) days** from the date that this Order is entered. The amended complaint must be a complete document in and of itself, and will supersede the original complaint in its entirety. Any allegations, parties, or requests for relief from prior papers that are not carried forward in the amended complaint will no longer be before the court.

DATED this 3rd day of August, 2010.

_____
UNITED STATES MAGISTRATE JUDGE

(cs-p7)

2